UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE MAY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Civil Action No. 07-2096 |
| | ) |
| **STATE OF FLORIDA,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

**TRANSFER ORDER**

This matter is before the Court on its initial review of Plaintiff George May's *pro se* Complaint. Mr. May is a resident of Palm Beach Gardens, Florida. He seeks damages and injunctive relief from the State of Florida and certain employees of the State of Florida, citing alleged violations of the First, Fourth, Fifth, and Fourteenth Amendments of the U.S. Constitution and 42 U.S.C. § 1983. Because none of the alleged events occurred in the District of Columbia and the defendants are in Florida, this judicial district is the wrong venue for litigating Mr. May's claims. S*ee* 28 U.S.C. § 1391(b) (designating the proper venue generally as the location where the defendants reside or where a substantial part of the events giving rise to the claim occurred). The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is hereby

**ORDERED** that, pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Southern District of Florida.

**SO ORDERED.**

Date: December 14, 2007                              /s/
                                                                 ROSEMARY M. COLLYER
                                                                 United States District Judge